**2013–0485.  State v. Anderson.**

Montgomery App. No. 25114, 2013-Ohio-295. It is ordered by the court, sua sponte, that this case is no longer held for the decision in 2012–2136, *State v. Taylor*, 138 Ohio St.3d 194, 2014-Ohio-460, 5 N.E.3d 612. The case is now held for the decision in 2013–0403, *State v. Limoli*, 10th Dist. Franklin No. 11AP–924, 2012-Ohio-4502, and the briefing remains stayed.

**2013–1064.  State ex rel. Keith v. Mausser.**

Franklin App. No. 12AP–408, 2013-Ohio-2514. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's motion to strike/withdraw the motion to stay and hold in abeyance, it is ordered by the court that the motion is granted.

**2014–0328.  In re Application of Duke Energy Ohio, Inc.**

Public Utilities Commission, Nos. 12–1685–GA–AIR, 12–1686–GA–ATA, 12–1687–GA–ALT, and 12–1688–GA–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion of Duke Energy Ohio, Inc., for leave to intervene as appellee, it is ordered by the court that the motion is granted.